# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RANDY WILLIAMS,

          Petitioner,

          v.

KELLY HARRINGTON, Warden,

          Respondent.

Case No. CV 06-6367-VBF (JEM)

**J U D G M E N T**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   12-8-10

                            VALERIE BAKER FAIRBANK
                          UNITED STATES DISTRICT JUDGE